UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TWO GUYS, INC., a Washington Corporation, a.k.a. FRANCHISE INFUSION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NICK-N-WILLY'S FRANCHISE COMPANY, LLC, a Colorado limited liability company; and RICHARD WEIL, a Colorado resident,<br><br>Defendants. | No.:<br><br>CONSENT TO NOTICE OF REMOVAL OF ACTION |

Defendant Nick-n-Willy's Franchise Company, LLC, hereby consents to Defendant Richard Weil's Notice of Removal to this court of the state court action described in the said Notice of Removal.

DATED: July 14, 2011

BULLIVANT HOUSER BAILEY PC


By  /s/ Richard J. Whittemore
    Richard J. Whittemore, WSBA #32713
    E-Mail: richard.whittemore@bullivant.com
    Attorneys for Defendants

13452070.1

CONSENT TO NOTICE OF REMOVAL OF ACTION            Page 1

**Bullivant|Houser|Bailey PC**
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351