1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TWO GUYS, INC., a Washington Corporation, a.k.a. FRANCHISE INFUSION, INC., <br><br>          Plaintiff, <br><br>   v. <br><br>NICK-N-WILLY'S FRANCHISE COMPANY, LLC, a Colorado limited liability company; and RICHARD WEIL, a Colorado resident, <br><br>          Defendants. | No.: 3:11-cv-05537 <br><br>CERTIFICATE OF ATTORNEY |

Richard J. Whittemore declares as follows:

1. I am an attorney with the law firm Bullivant Houser Bailey PC. I have personal knowledge of the following facts gained in my capacity as counsel for Defendants.

2. As required by Local Rule 101(b), and in accordance with Chapter 89 of Title 28 U.S.C., true copies of all records and proceedings in the Clark County Superior Court are attached to the Notice of Removal of Civil Action, filed on July 14, 2011.

///

///

CERTIFICATE OF ATTORNEY　　　　　　　　　　Page 1　　　　　　**Bullivant|Houser|Bailey PC**

1  3. I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  DATED: July 14, 2011

5  By  */s/ Richard J. Whittemore*
  Richard J. Whittemore

7  13453229.1

CERTIFICATE OF ATTORNEY                          Page 2              **Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2011, I caused to be served the foregoing CERTIFICATE OF ATTORNEY on the following party at the following address:

Robert D. Mitchelson
PO Box 87096
Vancouver, WA  98687-0096

    Attorney for Plaintiff

by:

☒ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ other (specify) _____

                                                           */s/ Richard J. Whittemore*
                                                           Richard J. Whittemore, WSBA #32713

                                                           Attorney for Defendants